August EMANUELE v. FRUIT AUCTION CO. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Application denied, with $10 costs. Order signed.

William N. EMERY, appellant, v. William P. LANGEVIN and Hugh J. McGinley, respondents. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) This court is of opinion that there is sufficient evidence in the case to require submission to the jury of the question of false and fraudulent representations by defendant McGinley as an inducing cause for the contract between plaintiff and defendant Langevin. As McGinley was the agent of Langevin, and the latter took the fruits of McGinley's activities, the principal is liable for whatever fraud the agent may have perpetrated in the transaction. Taylor v. Commercial Bank, 174 N. Y. 181, 66 N. E. 726, 62 L. R. A. 783, 95 Am. St. Rep. 564; Mayer v. Dean, 115 N. Y. 556, 561, 22 N. E. 261, 5 L. R. A. 540. The judgment and order are therefore reversed on reargument, and a new trial is granted, costs to abide the event. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

E. MOCH CO., Appellant, v. SECURITY BANK OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Appeal from Special Term, New York County. The judgment denied a motion to vacate an order for examination of plaintiff by its treasurer, or to limit the scope of the examination. See, also, 157 App. Div. 726, 142 N. Y. Supp. 779; 166 App. Div. 121, 151 N. Y. Supp. 756.

PER CURIAM. The order appealed from should be modified, so as to limit the examination to matters concerning the ownership and transfer of stock to the plaintiff corporation by E. Moch as president after the date of the alleged misappropriation, and, as so modified, affirmed, without costs. Settle order on notice.

EMPIRE TRUST COMPANY, plaintiff, v. Charles W. COLEMAN, as executor, etc., appellants; William J. Youngs, referee, respondent. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Order modified, by reducing the amount of the extra allowance from $150 to $75, and, as so modified, affirmed, without costs, upon the ground that we think that $75 will be sufficient compensation for all special services rendered. Jenks, P. J., and Carr and Mills, J., concur. Thomas and Rich, JJ., vote to affirm.

Fannie ESRIG, an inft., Applt., v. BROOK AVE. POULTRY CO., Respt. (Supreme Court, Appellate Division, First Department. February 18, 1916.) Judgment affirmed, with costs. No opinion. (Clarke, P. J., dissenting.) Order filed.

Mary A. EVANS, respondent, v. Charles C. JACOBS and Louis Shanley, appellants. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Josephine M. FAIRCHILD, plaintiff, v. SCARSDALE ESTATES et al., defendants. (Supreme Court, Appellate Division, Second Department. January 21, 1916.) Motion for stay denied, with $10 costs.

George W. FALCON, applt., v. OTTAWA TRANSPORTATION COMPANY, respt. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Judgment unanimously affirmed, with costs.

Isaac O. FARBER v. ESSIE CONSTRUCTION CO. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Application denied, with $10 costs, and stay vacated. Order signed.

In the Matter of the petition of William W. FARLEY, as State Commissioner of Excise, for an injunction order restraining Frederick C. Volckening from trafficking in liquors under Liquor Tax Certificate No. 7856, etc. (Supreme Court, Appellate Division, Second Department. January 19, 1916.) Motion for reargument denied, with $10 costs.

In the Matter of the FARMERS' LOAN & TRUST CO. as Ex'r, etc., of Alice Leigh, dec'd. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Decree affirmed, with costs. No opinion. (Clarke, P. J., and DOWLING, J., dissenting.) Order filed.

Israel FELDMAN, respondent, v. Peter D. ECONOPOULY and Peter Theophine, etc., appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Moses FELTENSTEIN and ano. v. Baltrus S. YANKAUS (two cases). (Supreme Court, Appellate Division, First Department. January 28, 1916.) Applications denied, with $10 costs. Orders signed.

In the Matter of the Application of Samuel Martin FIELD, for admission to the Bar. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Application granted.

Beatrice FINKELSTEIN, Applt., v. Nathan FINKELSTEIN, Respt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order reversed, with $10 costs and disbursements, and motion granted. No opinion. Order filed.

Estelle B. FINLAYSON, Applt., v. Emma BUTTERFIELD, Respt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

H. Blair FINLEY, Respt., v. ATLANTIC TRANSPORT CO., Applt. (Supreme Court, Appellate Division, First Department. Janu-